

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00334-CR

**MOSES C. LEE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2017-549-C2**

## O R D E R

We requested Appellant Moses C. Lee to explain how this Court has jurisdiction over his appeal, and Lee has responded. Having reviewed Lee's response and the attached exhibits, we conclude that we have jurisdiction to consider Lee's appeal. We acknowledge that the Motion to Withdraw as Attorney of Record filed in the trial court on August 22, 2018 is construed as Lee's timely notice of appeal. *See Harkcom v. State*, 484 S.W.3d 432 (Tex. Crim. App. 2016).

The clerk's record has been filed, and the reporter has requested a sixty-day extension to complete the reporter's record. We grant the reporter's request, and the reporter's record shall be filed on or before January 10, 2019.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed November 14, 2018
Do not publish

